# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JUSTIN YEOL OH,**

      **Plaintiff,**

v.                                                          **Case No: 6:23-cv-1733-PGB-EJK**

**GLS PROPERTY,**

      **Defendant.**
_____/

## ORDER

This case is before the Court upon periodic review. On October 4, 2023, the Court entered an Order to show cause (the "**Order**") as to Plaintiff's failure to file a Notice of Pendency of Other Actions and a Certificate of Interested Persons. (Doc. 5). The Order directed Plaintiff to file a response within fourteen (14) days. (Doc. 5). The Court notified Plaintiff that failure to comply with the Order may result in dismissal of the case without further notice. (Doc. 5). Plaintiff has failed to comply with the Order, and the time to do so has now passed.

Therefore, it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on October 25, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties